1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
TACOMA DIVISION

| | |
|---|---|
| TAMMY CHAMBERS,<br><br>    Plaintiff,<br><br>    vs.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br><br>    Defendant. | Case No.  3:12-CV-05644-KLS<br><br><br>ORDER OF REMAND |

  Based on the stipulation of the parties, it is ORDERED that the Commissioner's decision in regard to Plaintiff's applications for disability insurance benefits under Title II of the Social Security Act be REVERSED and REMANDED to the Commissioner of Social Security for further administrative proceedings before an administrative law judge (ALJ), a new hearing, and a new decision.  On remand, the ALJ will 1) update the record and receive any additional evidence Plaintiff wishes to submit; 2) give further consideration to Plaintiff's impairments at step two of the sequential evaluation; 3) give further consideration to the medical source opinions in the record including those of David Knopes, Ph.D., Michael Regets, Ph.D., and the State Agency consulting psychologists; 4) give further consideration to Plaintiff's residual

functional capacity; 5) continue with the sequential evaluation and if necessary, obtain supplemental evidence from a vocational expert to clarify the effect of the assessed limitations on Plaintiff's occupational base.

This Court hereby reverses the Commissioner's decision under sentence four of 42 U.S.C. §405(g) with a remand of the cause to the Commissioner for further proceedings.  *See Melkonyan v. Sullivan*, 501 U.S. 89 (1991).

Judgment is for the Plaintiff and the file shall be closed.

DATED this 16th day of January, 2013.

Karen L. Strombom
United States Magistrate Judge

Presented by:

s/ Nancy A. Mishalanie
NANCY A. MISHALANIE, WSB #18120
Special Assistant U.S. Attorney
Office of the General Counsel
Social Security Administration
701 Fifth Avenue, Suite 2900 MS/221A
Seattle, WA  98104-7075
Telephone:  (206) 615-3619
Fax:  (206) 615-2531
nancy.mishalanie@ssa.gov