IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
TACOMA DIVISION

| | |
|---|---|
| TAMMY D. CHAMBERS,<br><br>　　　Plaintiff,<br><br>　　　v.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br><br>　　　Defendant. | Civil No. 3:12-CV-5644-KLS<br><br><br>ORDER FOR ATTORNEY FEES<br>PURSUANT TO 28 U.S.C. § 2412(D) |

　　　Based upon the Stipulation of the parties, it is hereby ordered that attorney fees in the amount of $5,144.44, and expenses in the amount of $19.20, for a total of $5,163.64, shall be awarded to Plaintiff pursuant to 28 U.S.C. § 2412(d) (EAJA).

　　　If it is determined that Plaintiff's EAJA fees are not subject to any offset allowed under the Department of the Treasury's Offset Program, *see Astrue v. Ratliff*, 130 S.Ct. 2521 (2010), then the check for EAJA fees shall be made payable to Christopher H. Dellert, based upon Plaintiff's assignment of this fee to her attorney. Any check for EAJA fees shall be mailed to Plaintiff's counsel, Christopher H. Dellert, at Dellert Baird Law Offices, PLLC, 9481 Bayshore Dr. NW, #203, Silverdale, WA, 98383.

　　　Dated this 6th day of February, 2013.

　　　　　　　　　　　　　　　　　　　　　　　　　　　　Karen L. Strombom
　　　　　　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge

1

2   Presented by:

3   Christopher H. Dellert
    Dellert Baird Law Offices, PLLC
4   9481 Bayshore Dr. NW, #203
    Silverdale, WA   98383
5   Telephone:  (360) 329-6968
    FAX:  (360) 329-6968
6   Dellert.Law.Office@gmail.com
    Attorney for Plaintiff

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

Page 2       ORDER [3:12-CV-5644-KLS]